## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MRW Property, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:16-cv-01607 CDP |
| | ) | |
| | ) | |
| Thomas Richards, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on October 14, 2016 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:16-cv-00278 SNLJ.

**IT IS FURTHER ORDERED** that cause number 4:16-cv-01607 CDP be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: December 1, 2016                    By: /s/Jason W. Dockery
                                               Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:16-cv-00278 SNLJ.**